# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ANASTACIO ACOSTA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 3:18-CV-00068 |
| § | |
| BNSF RAILWAY COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Notice of Voluntary Dismissal in the above-captioned case. ECF No. 6. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that any relief not specifically granted herein is denied.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 10th day of April, 2018.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE