IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANASTACIO ACOSTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-00068 |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, the Plaintiff, Anastacio Acosta, through his counsel, hereby gives an amended notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, BNSF Railway Company. This stipulation of dismissal is signed by all parties that have appeared.

/s/ Dennis L. Richard
Dennis L. Richard
Texas Bar No. 16842600
100 N.E, Loop 410, Suite 610
San Antonio, Texas 78216
Dennis.richard@kennardlaw.com
Main: (210) 314-5688
Fax: (210) 314-5687

/s/ Chris M. Borunda
Chris M. Borunda
Texas Bar No. 00789161
5822 Cromo Drive
El Paso, Texas 79912
cborunda@rmjfirm.com
Main: (915) 832-7200
Fax: (915) 832-7333